No. 227.  GEORGE RUSSELL HILL ET AL. *v.* C. M. CURETON, ATTORNEY GENERAL, ETC., ET AL.  Appeal from the

District Court of the United States for the Northern District of Texas.   November 22, 1920.  Dismissed with costs, pursuant to the tenth rule.  *Mr. Joseph Manson McCormick* for appellants.   No appearance for appellees.